IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:25-CV-2440

JAMES COWGER AND DEBBIE DEBIEN-COWGER,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiffs, JAMES COWGER AND DEBBIE DEBIEN-COWGER, by and through undersigned counsel, hereby sues the Defendants, UNITED STATES OF AMERICA, and alleges:

## GENERAL ALLEGATIONS

1. This is an action which exceeds Seventy-Five Thousand Dollars ($75,000.00).

2. The United States District Court Middle District of Florida Tampa Division has venue because the cause of action is against the United States of America.

3. At all times material hereto Plaintiff, JAMES COWGER was a resident of Pinellas County, Florida.

4. At all times material hereto Plaintiff, DEBBIE DEBIEN-COWGER was a resident of Pinellas County, Florida.

5. At all times material hereto Defendant, UNITED STATES OF AMERICA, was a political subdivision of the State of Florida located within Pinellas County, Florida.

6. On or about January 30, 2024, the Plaintiff, DEBBIE DEBIEN-COWGAR, owned, operated, and or maintained a 2016 Dodge Grand Caravan that was traveling southbound on U.S. Highway 19 W. Frontage Road, in Pinellas County, Florida.

7. On or about January 30, 2024, the Plaintiff, JAMES COWGAR, was a properly restrained passenger in the vehicle being driven by Plaintiff, DEBBIE DEBIEN-COWGAR, which was traveling southbound on U.S. Highway 19 W. Frontage Road, in Pinellas County, Florida.

8. On or about January 30, 2024, JODI VOSBURGH, an employee of the U.S DEPARTMENT OF VETERANS AFFAIRS, was operating a 2018 Ford Focus while in the course and scope of his employment with the U.S DEPARTMENT OF VETERANS AFFAIRS, with full consent of the U.S DEPARTMENT OF VETERANS AFFAIRS which was also traveling southbound on U.S. Highway 19 W. Frontage Road, in Pinellas County, Florida.

9. At that time and place, JODI VOSBURGH and the U.S DEPARTMENT OF VETERANS AFFAIRS negligently operated and or maintained the 2018 Ford Focus that it collided with Plaintiffs' motor vehicle.

10. JODI VOSBURGH and the U.S DEPARTMENT OF VETERANS AFFAIRS, owed Plaintiffs, JAMES COWGER AND DEBBIE DEBIEN-COWGER, the duty to operate and maintain the 2018 Ford Focus in a careful and prudent manner so as to not collide with the Plaintiffs' motor vehicle.

11. JODI VOSBURGH and the U.S DEPARTMENT OF VETERANS AFFAIRS, breached their duty by carelessly and negligently operating and/or maintaining the 2018 Ford Focus in a manner that caused the collision with the Plaintiffs' motor vehicle.

12. Specifically, the 2018 Ford Focus being operated by JODI VOSBURGH rear-ended the Plaintiffs' motor vehicle.

13. Plaintiffs provided the U.S DEPARTMENT OF VETERANS AFFAIRS statutory notice of their claims pursuant to Federal Tort Claims Act (FTCA), 28 U.S.C. §§1346(b) and 2671-2680, on or about June 6, 2024. A copy of said notice is attached hereto as **Exhibit A**.

**COUNT I – DEBBIE DEBIEN-COWGAR'S CLAIM AGAINST THE UNITED STATES OF AMERICA**
**(Negligence – Vicarious Liability through *Respondent Superior*)**

14. Plaintiffs reallege and incorporate into this Count all of the paragraphs of the "General Allegations" of this Complaint as if the same were more specifically set forth herein, and further alleges:

15. JODI VOSBURGH had a duty to use reasonable care in the operation of the subject motor vehicle

16. As a direct and proximate result of the collision described above, Plaintiff, DEBBIE DEBIEN-COWGAR, has sustained the following past and present damages:

    a. Bodily injury;

    b. Great physical pain and suffering;

    c. Disability and inability and loss of capacity to lead and enjoy a normal life;

    d. Inconvenience;

    e. Physical impairment;

    f. Disfigurement and scarring;

    g. Mental anguish;

    h. Loss of or diminution of earnings or earning capacity;

    i. Aggravation of an existing disease or physical defect;

    j.    Permanent injury within a reasonable degree of medical probability; and

    k.    Medical and related expenses, past and future, incurred in seeking a cure for his injuries.

17.    As a direct and proximate result of the negligence of Defendant, JODI VOSBURGH, Plaintiff, DEBBIE DEBIEN-COWGAR, suffered bodily injury and resulting pain and suffering, mental pain and anguish, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

Wherefore, Plaintiff, DEBBIE DEBIEN-COWGAR, sues Defendant, UNITED STATES OF AMERICA, and demands judgment for damages in an amount exceeding Seventy-Five Thousand Dollars, exclusive of costs, against the defendant, and demands a trial by jury.

### COUNT I – JAMES COWGAR'S CLAIM AGAINST THE UNITED STATES OF AMERICA
**(Negligence – Vicarious Liability through *Respondent Superior*)**

18.    Plaintiffs reallege and incorporate into this Count all of the paragraphs of the "General Allegations" of this Complaint as if the same were more specifically set forth herein, and further alleges:

19. JODI VOSBURGH had a duty to use reasonable care in the operation of the subject motor vehicle

20. As a direct and proximate result of the collision described above, Plaintiff, JAMES COWGAR, has sustained the following past and present damages:

    l. Bodily injury;

    m. Great physical pain and suffering;

    n. Disability and inability and loss of capacity to lead and enjoy a normal life;

    o. Inconvenience;

    p. Physical impairment;

    q. Disfigurement and scarring;

    r. Mental anguish;

    s. Loss of or diminution of earnings or earning capacity;

    t. Aggravation of an existing disease or physical defect;

    u. Permanent injury within a reasonable degree of medical probability; and

    v. Medical and related expenses, past and future, incurred in seeking a cure for his injuries.

21. As a direct and proximate result of the negligence of Defendant, JODI VOSBURGH, Plaintiff, JAMES COWGAR, suffered bodily injury and resulting pain and suffering, mental pain and anguish, disability, disfigurement, loss of

capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

Wherefore, Plaintiff, JAMES COWGAR, sues Defendant, UNITED STATES OF AMERICA, and demands judgment for damages in an amount exceeding Seventy-Five Thousand Dollars, exclusive of costs, against the defendant, and demands a trial by jury.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues triable as a matter of right.

Dated September 11, 2025

/s/ *Michael J. Wyatt*
**MICHAEL J. WYATT, ESQUIRE**
Florida Bar No. 115849
**Light & Wyatt**
2625 McCormick Dr., Ste. 105
Clearwater, FL 33759
(727) 499-9900: Telephone
(727) 499-9797: Facsimile
Attorneys for Plaintiff
Service Email: pleadings@magazinelaw.com
Secondary Email: shannon@lightandwyatt.com